1 LAURIE A. TRAKTMAN (SBN 165588)
**GILBERT & SACKMAN**
2 A Law Corporation
3699 Wilshire Boulevard, Suite 1200
3 Los Angeles, California 90010-2732
Telephone: (323) 938-3000
4 Facsmile: (323) 937-9139
Email: lat@gslaw.org
5
Attorneys for Plaintiffs
6

7 UNITED STATES DISTRICT COURT

8 CENTRAL DISTRICT OF CALIFORNIA

9
| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF FUND; AND BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF LOS ANGELES, <br><br>Plaintiffs, <br><br>v. <br><br>ROMI, INC., dba JM AIR CONDITIONING & HEATING; JOSE MIGUEL HERNANDEZ; MIGUEL I. HERNANDEZ; and MARIA R. HERNANDEZ, individuals, <br><br>Defendants. | Case No. 11-cv-06856-SJO (RZx) <br><br>JUDGMENT RE: MINUTE ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT <br><br>Hon. S. James Otero |

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

2   For the reasons set forth in Civil Minutes - General [Docket #15] of February
3   13, 2012, defendants ROMI, INC., dba JM AIR CONDITIONING & HEATING;
4   MIGUEL I. HERNANDEZ; and MARIA R. HERNANDEZ, individuals are liable for
5   and shall pay to plaintiffs a total judgment amount of $8,721.13.

6   Said judgment amount is comprised of $2,849.07 as and for delinquent unpaid
7   employee benefit plan contributions; $3,740.51 in liquidated damages; $1,156.90 as
8   and for pre-judgment interest; and $974.65 as and for reimbursement of plaintiffs'
9   reasonable attorney's fees.

**IT IS SO ORDERED.**

Dated: **3/17/12**

_S. James Otero_
Hon. S. James Otero

1

# DECLARATION OF SERVICE BY MAIL

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

I, the undersigned, am a citizen of the United States and a resident of the County of Los Angeles, over the age of eighteen years and not a party to the within proceeding; my business address is **GILBERT & SACKMAN**, A Law Corporation, 3699 Wilshire Boulevard, Suite 1200, Los Angeles, California 90010-2732. On **March 14, 2012**, I served the within **NOTICE OF LODGING** and **[PROPOSED] JUDGMENT RE: MINUTE ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**, by depositing a true and correct copy thereof, enclosed in a sealed envelope with postage fully prepaid, in a mailbox regularly maintained by the government of the United States at Los Angeles, California, addressed as follows:

ROMI, INC.,
dba JM AIR CONDITIONING & HEATING
420 North Sunset Avenue
West Covina, CA 91790

JOSE MIGUEL HERNANDEZ
420 North Sunset Avenue
West Covina, CA 91790

MIGUEL I. HERNANDEZ
420 North Sunset Avenue
West Covina, CA 91790

MARIA R. HERNANDEZ
420 North Sunset Avenue
West Covina, CA 91790

I declare under penalty of perjury that the foregoing is true and correct and was executed by me on **March 14, 2012**, at Los Angeles, California.

*/s/ Angela Menton*
**Angela Menton**, Declarant